IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Crystal Martinez, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Arnett & Burgess Pipeliners (Rockies) LLC, | ) ) | |
| | ) | Case No. 1:21-cv-035 |
| Defendants. | ) | |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on September 15, 2021, at 1:30 PM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

The parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 12th day of May, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court